EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8977
    Facsimile: 415-744-0134
    e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MIKE MOHAMMED KOJA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 8:16-cv-00944-DFM<br><br>JUDGMENT OF REMAND |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 29, 2016                      _____
                                          HON. DOUGLAS F. MCCORMICK
                                          UNITED STATES MAGISTRATE JUDGE